## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**DOCKET NO. 05-10625REK**

**SHANE HAYDEN**
         **Plaintiff,**

**v.**

**MICHAEL V. MCKENNEY,**
         **Defendant,**

### DEFENDANT, MICHAEL MCKENNEY'S ANSWER AND JURY CLAIM

The defendant Michael McKenney hereby answers the plaintiff's complaint as follows:

**I.    Introduction:**

1.    The defendant neither admits nor denies the allegations contained in paragraph 1 as same are a statement of introduction.  To the extent that factual allegations are asserted against him, the defendant denies same.

2.    The defendant neither admits nor denies the allegations contained in paragraph 2 as same are a statement of introduction.  To the extent that factual allegations are asserted against him, the defendant denies same.

**II    Parties:**

3.    The defendant has insufficient information to either admit or deny the allegations contained in paragraph 3.

4.    The defendant admits that he is an individual residing in Norton, Massachusetts.  The defendant denies the remainder of paragraph 4.

5.    The defendant admits the allegations contained in paragraph 5.

**III    Jurisdiction:**

6.    The defendant neither admits nor denies the allegations contained in paragraph 6 as same are a statement of jurisdiction.  To the extent that factual allegations are asserted against him, the defendant denies same.

1

**IV    Statement of Facts:**

7.    The defendant admits the allegations contained in paragraph 7.

8.    The defendant admits the allegations contained in paragraph 8.

9.    The defendant denies the allegations contained in paragraph 9.

10.    The defendant admits the allegations contained in paragraph 10.

11.    The defendant denies the allegations contained in paragraph 11.

12.    The defendant admits firing his weapon in self-defense at the plaintiff.  The defendant denies the remaining allegations contained in paragraph 12.

13.    The defendant admits that the plaintiff was struck by a bullet or bullets.  The defendant denies the remaining allegations contained in paragraph 13.

14.    The defendant denies the allegations contained in paragraph 14.

**Count I**

15.    The defendant reasserts his responses to paragraphs 1-14 as if specifically restated herein.

16.    The defendant denies the allegations contained in paragraph 16.

17.    The defendant denies the allegations contained in paragraph 17.

**Count II**

18.    The defendant reasserts his responses to paragraphs 1-17 as if specifically restated herein.

19.    The defendant denies the allegations contained in paragraph 19.

20.    The defendant denies the allegations contained in paragraph 20.

Wherefore, the defendant demands judgement in his favor together with costs and attorneys fees.


## <u>DEMAND FOR JURY TRIAL</u>

The defendant requests a trial by jury on all counts.


## <u>AFFIRMATIVE DEFENSES</u>

### <u>First</u>

The plaintiff has  failed to state a claim for which relief may be granted.

**Second**

The defendant acted objectively reasonably under the circumstances and is qualifiedly immune from liability.

**Third**

The defendant acted with probable cause and legal justification.

**Fourth**

Any alleged injuries or damages sustained by the plaintiff was caused by a person or persons for whom the defendant is not legally responsible.

**Fifth**

Any alleged injuries or damages allegedly sustained by the plaintiff were caused by his own intentional, criminal actions and therefor the defendant is not legally liable to the plaintiff.

**Sixth**

The plaintiff has failed to commence this action within the applicable statute of limitations and thus his claims are time barred.

**Seventh**

The plaintiff has failed to effectuate proper service of process upon the defendant.

Defendant, Michael McKenney,
By his attorney,

/s/ Douglas I. Louison
Douglas I. Louison (BBO # 545191)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 16th day of May, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Paul L. Carlucci, Esquire**, 33A Dean Avenue, Franklin, MA 02038.

/s/ Douglas I. Louison

3