UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625REK

**SHANE HAYDEN**
**Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
    **Defendant,**

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Michael McKenney, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant,                                    Defendant, by his attorney,

_____                       _____
Michael McKenney                              Douglas I. Louison (BBO# 545191)
                                              Merrick, Louison & Costello, LLP
                                              67 Batterymarch Street
                                              Boston, MA 02110
                                              (617) 439-0305

1