UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625REK

SHANE HAYDEN
    Plaintiff,

Vs.

MICHAEL V. MCKENNEY,
    Defendant

### CERTIFICATE PURSUANT TO L.R. 16/1 (D)(3)

I, Shane Hayden, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

| Defendant, | Defendant by his attorney |
|---|---|
| _____ <br> Shane Hayden | _____ <br> Paul L. Carlucci (BBO #551256) <br> 33A Dean Avenue <br> Franklin, MA 02038 <br> 508-528-2436 |

I certify that on 7-14-05 I served the within Certificate by Mailing a copy thereof to Douglas Louison
Signed under the penalty of perjury

_____