

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625REK

**SHANE HAYDEN**
   **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
   **Defendant,**

## DEFENDANT'S MOTION FOR AN ORDER GRANTING ACCESS TO CRIMINAL OFFENDER RECORD INFORMATION CONCERNING THE PLAINTIFF SHANE HAYDEN

The defendant moves this Court for an Order allowing them to obtain from the State Correctional Agencies, Criminal Offender Record Information ("CORI") relating to the plaintiff, **Shane Hayden, d.o.b. 03/07/1967, social security number 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.**

The defendant submits that they should be allowed access to "CORI" information to determine what information exists relating to the plaintiff Shane Hayden's criminal record in order to prepare an adequate cross-examination of the plaintiff and to test the credibility of the plaintiff's testimony in the above matter.

Attorneys of record have been certified as a class of persons entitled to access to "CORI" and, absent a Court Order, the State agencies in control of "CORI" will not release the requested information. A prepared form of Order has been attached.

Defendant, Michael McKenney,
By his attorney,

Douglas I. Louison (BBO # 545191)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 25 day of July, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Paul L. Carlucci, Esquire**, 33A Dean Avenue, Franklin, MA 02038.

_____
Douglas I. Louison