**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**DOCKET NO. 05-10625REK**

**SHANE HAYDEN**
    **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
    **Defendant,**

## AFFIDAVIT IN SUPPORT OF MOTION FOR "CORI" RECORD

I, Douglas I. Louison, hereby swear and depose the following:

1.    I am an attorney at law licensed to practice in the Commonwealth of Massachusetts with offices at 67 Batterymarch Street, Boston, Massachusetts.

2.    I represent the defendant in the above action.

3.    I have requested "CORI" information on the plaintiff, Shane Hayden. I will use the "CORI" for trial strategy or trial witness impeachment purposes only.

4.    I will not otherwise disclose the "CORI" to unauthorized persons as required by Massachusetts General Law Chapter 6, Sections 167-178 and 803 C.M.R. 1 - 6.03.

Signed under the pains and penalties of perjury this 25 day of July, 2005.

Douglas I. Louison