7-29-05

cur6

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**DOCKET NO. 05-10625REK**

**SHANE HAYDEN**
    **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
    **Defendant,**

### ORDER

Defendant's Motion for an Order granting access to criminal offender record informat

concerning the plaintiff, Shane Hayden, is hereby allowed.

Any State agency possessing criminal offender record information concerning the

plaintiff **Shane Hayden, d.o.b. 03/07/1967, social security number 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**, shall relea

the information to Attorney Douglas I. Louison or his appointed agent upon presentation of th

Order.

By the Court:

Robert E Keeton
Senior US District Judge

DATE: 9/14/05