UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**DOCKET NO. 05-10625REK**

**SHANE HAYDEN**
    **Plaintiff,**

**v.**

**MICHAEL V. MCKENNEY,**
    **Defendant,**

## <u>DEFENDANT'S ASSENTED TO MOTION TO EXTEND DISCOVERY</u>

The defendant moves this Court for an order extending the original scheduling order in regard to the completion of discovery and thereafter dispositive motions for a period of six months.

As grounds therefor, the defendant states:

1.    The defendant have promulgated discovery to the plaintiff in the form of interrogatories, requests for production of documents and noticed his deposition on July 22, 2005. On or about December 4, 2005, the plaintiff responded and produced documents in response to the defendant's request for production of documents. Interrogatory answers have not yet been received nor has the plaintiff appeared for his deposition.

2.    The defendant's counsel was advised by plaintiff's counsel that the plaintiff is presently incarcerated due to parole violations and is not expected to be released for some several months. As such, the discovery responses and his appearance for deposition has been delayed.

3.    The defendant requires the discovery responses and ability to depose the plaintiff to fully assess and defend this action. The inability to complete the discovery is not as a result of any delay or reason of the defendant. No prejudice will enure to either party if the Court allows the extension of time.

4.    The plaintiff assents to the within motion to extend.

5.      The defendant further relies on the attached affidavit of Attorney Douglas I. Louison

**Certificate Pursuant to Local Rule 7.1(a)(2)**

Counsel for the moving defendants, Douglas I. Louison, Esq., certifies pursuant to L.R. 7.1(a)(2) that he has attempted to confer in a good faith with plaintiff's counsel to  attempt to resolve the within motion.  The plaintiff's attorney assents to the within motion.

Defendant, Michael McKenney,
By his attorney,

/s/ Douglas I. Louison
Douglas I. Louison (BBO # 545191)
MERRICK,  LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 23rd day of November,  2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Paul L. Carlucci, Esquire**, 33A Dean Avenue, Franklin, MA 02038.

/s/ Douglas I. Louison
Douglas I. Louison