**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**DOCKET NO. 05-10625REK**

**SHANE HAYDEN**
  **Plaintiff,**

**v.**

**MICHAEL V. MCKENNEY,**
  **Defendant,**

**AFFIDAVIT OF ATTORNEY DOUGLAS I. LOUISON**

I, Douglas I. Louison, do hereby swear and depose the following:

1. I am the attorney of record of the defendant in the captioned action.

2. On July 22, 2005, I directed interrogatories, requests for production of documents and noticed the deposition of the plaintiff.

3. I was advised by Attorney Paul L. Carlucci, counsel for the plaintiff that the plaintiff is presently incarcerated due to parole violations and as such will not be available to appear for his deposition. Further, Attorney Carlucci has advised that the incarceration has limited his ability to prepare answers to the defendant's interrogatories.

4. The plaintiff by his counsel assents to the within motion to extend the deadlines set by the Court.

Signed under the pains and penalties of perjury, this 23rd day of November, 2005.

            /s/ Douglas I. Louison
            Douglas I. Louison