UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625WGY

**SHANE HAYDEN**
    **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
    **Defendant,**

**DEFENDANT'S MOTION CONTINUE SCHEDULING CONFERENCE**

The Defendant, Michael McKenney moves this Court to reschedule the scheduling conference scheduled for July 7, 2006. As grounds therefor, the Defendant states:

1. The Defendant's counsel, Attorney Douglas I. Louison will be out of state on a previously scheduled and prepaid trip on July 7, 2006 preventing him from appearing before the Court on that date.

2. The Defendant's counsel will be out of state until July 11, 2006. As such, the Defendant seeks this Court to reschedule the hearing for a date on or after July 10, 2006 as a result of counsel's other conflicting dates.

        Defendant, Michael McKenney,
        By his attorney,

        /s/ Douglas I. Louison
        Douglas I. Louison (BBO # 545191)
        MERRICK, LOUISON & COSTELLO
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

CERTIFICATE OF SERVICE

    I, Douglas I. Louison, hereby certify that on the 16th day of June, 2006, I served the foregoing by causing a copy to be directed to **Paul L. Carlucci, Esquire**, 33A Dean Avenue, Franklin, MA 02038.

    /s/ Douglas I. Louison
    Douglas I. Louison

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625WGY

**SHANE HAYDEN**
    **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
    **Defendant,**

### AFFIDAVIT OF DOUGLAS I. LOUISON

I, Douglas I. Louison, do hereby swear and depose the following:

1. I am defense counsel of record in the captioned matter.
2. I will be out of state on a previously scheduled and prepaid trip on July 7, 2006 preventing me from appearing before the Court on that date.
3. I will be out of state until July 11, 2006.

Signed under the pains and penalties of perjury, this 16th day of June, 2006.

/s/ Douglas I. Louison
Douglas I. Louison