**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DOCKET NO. 05-10625WGY

**SHANE HAYDEN**
   Plaintiff,

v.

**MICHAEL V. MCKENNEY,**
   Defendant,

### DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

The defendant, Michael McKenney, moves the Court to continue the trial date presently scheduled for September 25, 2006.

As grounds therefor, the defendant states:

1. The defendant's counsel, Douglas I. Louison, Esquire is scheduled to undergo shoulder surgery on September 27, 2006, two days after the scheduled commencement of trial. The surgery will prevent him from appearing on behalf of the defendant.
2. Attorney Louison has exclusively been handling the defense of the case since its commencement and therefore would be unable to transfer the trial of the matter to successor counsel.
3. Counsel would anticipate a month's delay would be sufficient and would request that the Court reschedule the trial to commence in November, 2006.
4. The defendant further relies on the attached affidavit of Douglas I. Louison.

### Certificate Pursuant to Local Rule 7.1(a)(2)

Counsel for the moving defendant, Douglas I. Louison, Esq., certifies pursuant to L.R. 7.1(a)(2) that he has conferred with plaintiffs' attorney, Paul Carlucci, Esquire and he does not intend to oppose the within motion.

          Defendant, Michael McKenney,
By his attorney,

/s/ Douglas I. Louison
Douglas I. Louison (BBO # 545191)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 16th day of August, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Paul L. Carlucci, Esquire**, 33A Dean Avenue, Franklin, MA 02038.

/s/ Douglas I. Louison
Douglas I. Louison

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625WGY

**SHANE HAYDEN**
    **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
    **Defendant,**

## AFFIDAVIT OF DOUGLAS I. LOUISON

I, Douglas I. Louison, do swear and depose the following:

1. I am the trial attorney of record representing the defendant in the captioned action.

2. Trial is scheduled to commence in the United States District Court on September 25, 2006.

3. I have undergone an injury to my shoulder necessitating surgical intervention. I am scheduled to undergo surgery at the Massachusetts General Hospital on September 27, 2006 with Dr. Jon J.P. Warner, M.D..

4. As I have been handling the representation and defense of this case since its inception, I do not believe that at this date I could transfer the handling of the trial to successor counsel.

5. I anticipate a one month recuperative period and would therefore request the Court to reschedule this matter for its November, 2006 trial list.

Signed under the pains and penalties of perjury, this 16th day of August, 2006.

                                                /s/ Douglas I. Louison
                                              Douglas I. Louison