UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625 WGY

SHANE HAYDEN,
               Plaintiff

Vs.

MICHAEL McKENNEY,
               Defendant

PRETRIAL DISCLOSURES

Pursuant to F.R. Civil P. 26(a) 3 and Local Rule 16.5(C) the following disclosures are hereby made:

Witness Plaintiff Expects To Present.

- Shane Hayden

- Jessica Peterson

- Edmund Nero

- Lauren Nero

- Russell Long

- Anne Joyce, R.N.

- Dr. John Mann

- Edward Burgess, Paramedic

- Sgt. Robert Horman

- Sgt. Douglas Weddleton

- Sgt. Keith Blaney

- Trooper Jaimie Silvia

- Patricia A. Graney, Norton Communication Director

- Trooper Marc A. Lavoie

- Chemist Daniel Pratt

- Detective Richard Campion

- Trooper Robert Dateo

- Ptl. Michael McKenney

- Sgt. Robert Whitfield

- Ptl. James Franco

- Detective Todd Bromwell

- Sgt. Stephen Desfosses

- Ptl. James Cote

- Sgt. Robert Leverone

- Trooper Michael Smith

The Testimonies Of None Of The Above Witnesses Are Expected To Be Presented By Means Of A Deposition.

Documents, Exhibits, Summaries Or Other Evidence Plaintiff Expects To Offer.

- All Medical Records concerning plaintiff's injuries and treatment.

- All reports made by the before-mentioned police officers, state troopers and witnesses

concerning the shooting of plaintiff on January 15, 2003; this includes all diagrams,

handwritten notes and writings and reports of any kind that concerned said incident in any

manner.

- All photographs taken by the Norton Police, the Attleboro Police, and the Massachusetts

State Police concerning said shooting.

- Any and all physical evidence taken and kept by the before mentioned police concerning

said shooting.

                                  By Plaintiff's Attorney,

Dated: September 5, 2006            Paul L. Carlucci
                                         Paul L. Carlucci, Esquire
                                         33A Dean Avenue
                                         Franklin, MA  02038
                                         508-428-2436
                                         BBO #551256