UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625WGY

SHANE HAYDEN
    Plaintiff,

v.

MICHAEL V. MCKENNEY,
    Defendant,

## DEFENDANT'S PRETRIAL MEMORANDUM

The defendant, Michael McKenney submits the following pursuant to the Court's procedural order as his portion of the parties' pretrial memorandum:

1. <u>Summary of Evidence to be Offered by the Defendant:</u>

The defendant intends to offer both through testimonial evidence of the defendant and other witnesses as well as demonstrative evidence, that the defendant lawfully discharged his firearm after being confronted and assaulted by the plaintiff, causing the defendant to reasonably believe that he was in imminent danger of serious bodily injury and/ or death.  The evidence will show that the defendant acted objectively reasonably under the circumstances and used that amount of force which was reasonable under the circumstances.

Additionally, as to any damages allegedly sustained by the plaintiff, the defendant intends to establish that the plaintiff sustained no special damages as he was in the custody of the police and Commonwealth subsequent to the firearm discharge and was treated medically as an incarcerated person.

2. <u>Statement of Facts Established:</u>

On the subject date in question, the defendant, McKenney was acting as a Norton police officer.  He made a motor vehicle stop of the plaintiff.  Subsequent to the motor vehicle stop, the defendant discharged his firearm when attacked by  the plaintiff and that the plaintiff was struck

1

by multiple rounds.

3. Contested Issues of Fact:

The defendant contests the entire version of the plaintiff's statement of facts as the defendant maintains that he was subjected prior to the discharge of the firearm, to the threat of imminent bodily harm or death by the plaintiff. The plaintiff maintains that he caused no such risk of harm and the defendant contests same.

4. Jurisdictional Questions:

The defendant is not presently aware of any jurisdictional questions raised.

5. Pending Motions:

The defendant is not aware of any pending motions before the Court.

6. Issues of Law:

The issue of law raised affirmatively by the defendant is whether or not he is qualifiedly immune from liability as the defendant asserts that he acted objectively reasonably under the circumstances. Further, the defendant asserts that he acted reasonably under the circumstances and that any use of force made by the defendant was reasonable under the applicable analysis of the Fourth Amendment to the United States Constitution.

7. Requested Amendments to Pleadings:

The defendant does not presently request any amendments to the pleadings.

8. Additional Matters to Aid in the Disposition of the Action:

The defendant does not presently offer any additional matters for the Court to aid in the disposition of the action.

9. Probably Length of Trial and Jury Claim:

The defendant anticipates a three to five day length of trial. Both parties have made jury

claims.

10. <u>List of Names and Addresses of Witness:</u>
    a. Michael McKenney, defendant.
    b. Shirley Woodward, 57 Winthrop Street, Taunton, MA- percipient fact witness.
    c. Lauren Nero, 7 North Worcester Street, Norton, MA- percipient fact witness.
    d. Russell Long, 11 North Worcester Street, Norton, MA- percipient fact witness.
    e. Joseph Pace, 13 North Worcester Street, Norton, MA- percipient fact witness.
    f. Lucile Drane, 5 North Worcester Street, Norton, MA- percipient fact witness.
    g. Elizabeth DaRosa, 306 Winthrop Street, Apt #228, Taunton, MA- percipient fact witness.

11. <u>List of Proposed Exhibits:</u>
    a. Commonwealth of Massachusetts, Office of the District Attorney, Bristol District- News Media Advisory, dated 1/16/03 (1 page).
    b. Criminal Justice Information System, Warrant Management System report, dated 1/16/03 (1 page).
    c. Norton Police Department incident report of McKenney, dated 1/23/03 (4 pages).
    d. Norton Police Department personnel file detail report, dated 1/16/03 (1 page).
    e. Taunton Daily Gazette article, dated 5/6 (1 page).
    f. Memorandum from ADA Lemieux to DA Walsh, dated 2/3/03 (3 pages).
    g. MSP report of investigation, dated 1/28/03 (1 page).
    h. Supplemental narrative report of Sgt. Leverone, dated 1/15/03 (1 page).
    i. MSP report of investigation of Sgt. Horman, undated (3 pages).
    j. Map of Norton area (1 page).
    k. Sketch of scene (3 pages).
    l. Correspondence from Sgt. Weddleton to Sgt Horman, dated 1/27/03 (1 page).
    m. Correspondence from Sgt. Weddleton to Sgt Horman, dated 1/30/03 (1 page).
    n. MPS report of investigation of Sgt. Blaney, dated 1/24/03 (4 pages).
    o. MPS report of investigation of Tpr Smith re: Russell Long, dated 1/27/03 (1

|     |     |
| --- | --- |
| | page). |
| p. | MPS report of investigation of Tpr Smith re: Joseph Pace, dated 1/27/03 (1 page). |
| q. | MPS report of investigation of Tpr Smith re: Lucile Drane, dated 1/27/03 (1 page). |
| r. | MPS report of investigation of Tpr Lavoie, dated 1/17/03 (2 pages). |
| s. | Hospital report re: removal of foreign bodies, dated 1/15/03 (1 page). |
| t. | MPS report of investigation of Tpr Lavoie re: Elizabeth DaRosa, dated 1/17/03 (2 pages). |
| u. | MPS report of investigation of Tpr Smith, dated 1/27/03 (2 pages). |
| v. | MPS report of investigation of Sgt. Horman, dated 1/28/03 (2 pages). |
| w. | Incident on N. Worcester Street, dated 1/15/03 (1 page). |
| x. | Norton Police log, dated 1/15/03 (1 page). |
| y. | Communication Center 911 information request form, dated 1/15/03 (1 page). |
| z. | MPS report of investigation of Sgt. Horman re: day time scene and Tedeschi store videotape, dated 1/28/03 (1 page). |
| aa. | MPS report of investigation of Sgt. Horman re: search of Hayden's vehicle, dated 1/28/03 (1 page). |
| bb. | MPS report of investigation of Sgt. Horman re: interview of Ptl. Michael McKenney, dated 1/28/03 (1 page). |
| cc. | Norton Police Department, Miranda form (1 page). |
| dd. | MPS report of investigation of Sgt. Horman re: Shane Hayden, dated 1/28/03 (1 page). |
| ee. | Narrative report of Gerald Newsham, dated 1/17/03 (2 pages). |
| ff. | Norton Police Department incident report of Whitfield, dated 1/16/03 (3 pages). |

Defendant, Michael McKenney,
By his attorney,

        /s/ Douglas I. Louison
        Douglas I. Louison (BBO # 545191)
        MERRICK, LOUISON & COSTELLO
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 17th day of October, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Paul L. Carlucci, Esquire**, 33A Dean Avenue, Franklin, MA 02038.

        /s/ Douglas I. Louison
        Douglas I. Louison