UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625WGY

**SHANE HAYDEN**
 **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
 **Defendant,**

## ASSENTED TO MOTION FOR LEAVE TO TAKE DEPOSITION OF AN INCARCERATED PERSON PURSUANT TO RULE 30(a)

  The defendant, Michael McKenney moves this Court for leave to depose the plaintiff, pursuant to Fed. R.Civ.P. 30(a) as he is currently incarcerated.

  The plaintiff, Shane Hayden is presently incarcerated at the Bristol County House of Correction. He has brought an action against the moving party for which a deposition must be conducted to explore the factual allegations as well as damages alleged in the complaint. Counsel for the plaintiff has asserted that the plaintiff is currently incarcerated as an inmate of the Bristol County House of Correction.

  The plaintiff by and through his counsel, Paul L. Carlucci, Esquire assents to the within motion.

  The defendants submit as Attachment A a proposed order of the Court.

        Defendant, Michael McKenney,
By his attorney,


/s/ Douglas I. Louison
Douglas I. Louison (BBO # 545191)
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

ASSENTED TO:
Plaintiff, Shane Hayden,
By his attorney,


/s/ Paul L. Carlucci
Paul L. Carlucci, Esquire
33A Dean Avenue
Franklin, MA 02038


## CERTIFICATE OF SERVICE

     I, Douglas I. Louison, hereby certify that on the 23rd day of October, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Paul L. Carlucci, Esquire**, 33A Dean Avenue, Franklin, MA 02038.


/s/ Douglas I. Louison
Douglas I. Louison

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625WGY

**SHANE HAYDEN**
    Plaintiff,

v.

**MICHAEL V. MCKENNEY,**
    Defendant,

## ORDER

The defendant shall be permitted to depose Shane Hayden at a location within the Bristol County House of Correction acceptable to the Administration thereof for a period not to exceed three hours.

Prior to the commencement of the deposition, counsel for Shane Hayden, Paul L. Carlucci, Esquire shall have opportunity to meet with and confer in private with Cahill.

Counsel conducting the deposition shall be obligated to make arrangements for the stenographic transcription of the deposition with the appropriate authorities at the Bristol County House of Correction.

_____

Date: _____