# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**DOCKET NO. 05-10625WGY**

**SHANE HAYDEN**
    **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
    **Defendant,**

## ORDER

The defendant shall be permitted to depose Shane Hayden at a location within the Bristol County House of Correction acceptable to the Administration thereof for a period not to exceed three hours.

Prior to the commencement of the deposition, counsel for Shane Hayden, Paul L. Carlucci, Esquire shall have opportunity to meet with and confer in private with Cahill.

Counsel conducting the deposition shall be obligated to make arrangements for the stenographic transcription of the deposition with the appropriate authorities at the Bristol County House of Correction.

William G. Young

Date: October 24, 2006