## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**DOCKET NO. 05-10625WGY**

**SHANE HAYDEN**
    **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
    **Defendant,**

### DEFENDANT'S MOTION TO SEQUESTER PLAINTIFF'S WITNESSES

The defendant hereby moves this Honorable Court to sequester any and all witnesses for the plaintiff.

As grounds therefor, the defendant states that this is a case of credibility involving the testimony of numerous witnesses for the plaintiff. Accordingly, the defendant moves that none of the witnesses for the plaintiff be in courtroom while other plaintiff's witnesses or the plaintiff, himself, testifies.

Wherefore, the defendant moves this Honorable Court to grant his motion to sequester the plaintiff's witnesses.

Defendant, Michael V. McKenney,
by his attorney,

/s/ Douglas I. Louison
Douglas I. Louison   BBO# 545191
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305