UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625WGY

**SHANE HAYDEN**
    **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
    **Defendant,**

### DEFENDANT'S REQUEST FOR JURY VOIR DIRE

1. Is there anyone on the jury who would be influenced by the fact that the defendant is a police officer?

2. Is there anyone on the jury who feels he/she cannot sit as an impartial juror because the case involves the actions of police officers?

3. Does anyone on the jury believe that they or members of their family or their friends or acquaintances have been unreasonably treated by police officers?

4. Has anyone on the jury or members of their family or their friends or acquaintances been arrested before?

5. Is there any member of the jury panel who is or has been a police officer, or worked in a police department, or whose relative or friend is or has been a police officer or worked in a police department?

6. Is there any member of the jury panel, their family or their friends or acquaintances that has brought a lawsuit against a police officer, a municipality, a municipal board or an agency?

7. Is there any member of the jury panel who now or has in the past resided in the Town of Norton?

8. Is there any member of the jury panel, their family or their friends or acquaintances that has alleged that they have been a victim of civil rights violations?

9. Is there any member of the jury panel, their family or their friends or acquaintances that has alleged that they have been a victim of discrimination?

10. Has anyone on the jury or members of their family or their friends or acquaintances read or heard about this case in newspapers, radio, television or other media source?

11. Is there any member of the jury panel, their family or their friends or acquaintances that

       belongs to any organization that promotes civil rights?

12.    Is there any member of the jury panel who has an unfavorable opinion or view of the Norton Police Department?

 

Defendant, Michael V. McKenney,
by his attorney,

/s/ Douglas I. Louison
Douglas I. Louison   BBO# 545191
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305