UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625WGY

**SHANE HAYDEN**
 Plaintiff,

v.

**MICHAEL V. MCKENNEY,**
 Defendant,

## DEFENDANT, MICHAEL V. MCKENNEY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ALLEGED MISCONDUCT

The defendant moves this Court to exclude the introduction of evidence of alleged misconduct unrelated to any matter before this Court.

The defendant relies on the attached memorandum in support of his motion.

       Defendant, Michael V. McKenney
       By his attorney,

       /s/ Douglas I. Louison
       Douglas I. Louison   BBO# 545191
       MERRICK, LOUISON & COSTELLO
       67 Batterymarch Street
       Boston, MA 02110
       (617) 439-0305