UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625WGY

**SHANE HAYDEN**
    **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
    **Defendant,**

## NOTICE OF APPEARANCE

I, James W. Simpson, do hereby enter my appearance on behalf of the defendant, Michael V. McKenney, in the captioned matter.

    Defendant, Michael V. McKenney,
    By his attorneys,

    /s/ James W. Simpson
    Douglas I. Louison BBO# 545191
    David E. Condon, BBO# 642741
    James W. Simpson, BBO# 634344
    Merrick, Louison & Costello, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305