UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10625WGY

**SHANE HAYDEN**
    **Plaintiff,**

v.

**MICHAEL V. MCKENNEY,**
    **Defendant,**

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE REFERENCES TO MISSING EVIDENCE NOT IN THE POSSESSION, CUSTODY OR CONTROL OF THE DEFENDANT

    The defendant, Michael V. McKenney, moves this Honorable Court in limine to exclude any references by plaintiff's counsel or the plaintiff himself or witness called by the plaintiff relative to the alleged non-existence or missing item(s) of clothing that the plaintiff claims he was wearing on the night of the incident. Plaintiff's counsel has indicated that his client's shirt has been reported as missing and he intends to raise this issue before the Court at trial.

    In support of this motion to exclude such evidence, the defendant states that on January 15, 2003, the night of the incident, the plaintiff was transported by Norton Fire Rescue to Rhode Island Hospital for treatment of his wounds. During said transport, his clothing was cut off by paramedics and left on the stretcher. When the plaintiff was scene by Rhode Island Hospital staff, his clothing was transferred from the ambulance stretcher to the hospital stretcher. See correspondence from Edward L. Burgess, Norton Fire Department, Exhibit "A". The individual defendant and the Norton Police Department never had in its possession, custody or control, the alleged missing shirt or any other items. Further, the plaintiff has not submitted evidence to suggest that he took reasonable steps to request said evidence or request that it be preserved directly from Rhode Island Hosptial.

    WHEREFORE, the defendant respectfully requests that the Court prohibit the introduction of any evidence via testimony or documents relative to alleged missing items of the plaintiff's clothing from the night of the incident as such evidence would be prejudicial to the defendant in the instant action.

        Defendant, Michael McKenney,
        By his attorney,


        <u>/s/ Douglas I. Louison</u>
        Douglas I. Louison (BBO # 545191)
        MERRICK, LOUISON & COSTELLO
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

# NORTON FIRE RESCUE

"A"



**CHIEF**
*George F. Burgess*

January 17, 2003

Norton Police Department
Attn: Detective Todd Bramwell
74 East Main St.
Norton, MA 02766

Detective Todd Bramwell,

This letter is in response to your inquiry of the where abouts of clothing of a patient that we transported. On Wednesday January 15, 2003 three other firefighters and myself transported a patient from North Worcester St. with multiple gunshot wounds. After primary survey at scene, patient was placed on backboard and loaded onto the stretcher and prepared for transport. Once enroute patients' clothing was cut off so that we could assess the extent of the patients injuries. The patients clothing never left the stretcher. On arrival at Rhode Island Hospital the patient was transferred from our stretcher to the stretcher in a trauma room in the hospital. The patients' clothing was transferred with the patient at this time as it was still between the patient and the backboard.

If you have any other questions concerning this matter, do not hesitate to contact me anytime.

Respectfully,

*[signature]*

Edward L. Burgess
Firefighter – Paramedic
Norton Fire-Rescue Dept.