## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**DOCKET NO. 05-10625**

**SHANE HAYDEN,**
**Plaintiff,**

**v.**

**MICHAEL V. MCKENNEY,**
**Defendant**

### DEFENDANT'S MOTION IN LIMINE FOR ADMISSION OF PLAINTIFF'S PRIOR CRIMINAL CONVICTIONS PURSUANT TO FED. R. EVID. 609

The defendant, Michael V. McKenney, moves this Honorable Court in limine to admit the plaintiff's prior criminal convictions in accordance with Federal Rule of Evidence 609.

Because this case is one of credibility, this evidence is both relevant and its probative value is not outweighed by the danger of unfair prejudice, confusion of the issues, or the risk of misleading the jury pursuant Federal Rule of Evidence 403. In addition, under that Rule, the Court's admission of this evidence will not unduly delay the proceedings.

Defendant intends to offer the following convictions from the plaintiff's criminal offender record information, organized in reverse order by arraignment date:

1.      larceny by check less than $250 on October 13, 2004;

2.      uttering a false check on October 13, 2004;

3.      larceny more than $250 on October 7, 2004;

4.      larceny more than $250 on October 7, 2004;

5.      larceny less than $250 on October 7, 2004;

1

6.      larceny less than $250 on October 7, 2004;

7.      breaking and entering in the daytime with the intent to commit a felony on September 22, 2004;

8.      forgery on August 26, 2002;

9.      knowingly receiving stolen property on August 26, 2002;

10.     larceny less than $250 on August 26, 2002;

11.     impersonation of a police officer on October 31, 2000;

12.     larceny more than $250 on October 31, 2000;

13.     breaking and entering at night on October 2, 2000;

14.     larceny more than $250 on October 2, 2000;

15.     forgery on September 1, 1999;

16.     uttering on September 1, 1999;

17.     breaking and entering at night with intent to commit a felony on January 14, 1999;

18.     destruction of property on January 14, 1999;

19.     larceny of a MV (motor vehicle) on January 14, 1999;

20.     larceny less than $250 on February 9, 1998;

21.     forgery on January 23, 1998;

22.     assault and battery on July 13, 1994;

23.     concealing leased property on January 5, 1994; and

24.     larceny by check on December 27, 1993.

See attached CORI list, which defendant's counsel obtained with authority of this Court's September 14, 2005, order.

2

WHEREFORE, the defendant respectfully requests that the Court permit the introduction into evidence of the plaintiff's prior criminal convictions pursuant to Federal Rules of Evidence 403 and 609.

Defendant, Michael V. McKenney,
By his attorney,


/s/ Douglas I. Louison
Douglas I. Louison (BBO # 545191)
MERRICK,  LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305


CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 27th day of November, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Paul L. Carlucci, Esquire**, 33A Dean Avenue, Franklin, MA 02038.

/s/ Douglas I. Louison
Douglas I. Louison

3

****** W A R N I N G ******

THIS INFORMATION MAY CONTAIN CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS.  PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH OF THE PERSON.



COMMONWEALTH OF MASSACHUSETTS
CRIMINAL HISTORY SYSTEMS BOARD



*** PERSONS COURT SUMMARY ***

NAME: HAYDEN, SHANE      FORMAL NAME: SHANE       PCF: 00000824106
DOB: 03/07/1967   SEX: M   RACE: W   POB: TAUNTON MA       SSN: 021567442
MOTHER: SHIRLEY RAZVILLAS      FATHER: ERNEST
ADDRESS: 226 WINTHROP ST TAUNTON MA

ALIAS:
    NAME:    HAYDEN, SHANE M
    FORMAL NAME:    SHANE
    DOB:     03/06/1966      SEX:   M     RACE:

ADULT APPEARANCES

ARRAIGNMENT:
    ARG DATE: 10/18/2006   PD: FAL    COURT: FALL RIVER DISTRICT      DKT#:    0632CR7549B
    OFF: MAL DESTRUCTION OF PROPERTY                   PROP MAL DES
    DISP: C 12/13/06                                     STATUS: O    WPD:

ARRAIGNMENT:
    ARG DATE: 10/18/2006   PD: FAL    COURT: FALL RIVER DISTRICT      DKT#:    0632CR7549C
    OFF: SHOPLIFTIN                                     SHOPLIFT
    DISP: C 12/13/06                                     STATUS: O     WPD:

ARRAIGNMENT:
    ARG DATE: 10/18/2006   PD: FAL    COURT: FALL RIVER DISTRICT      DKT#:    0632CR7549D
    OFF: SHOPLIFTIN                                     SHOPLIFT
    DISP: C 12/13/06                                     STATUS: O     WPD:

Case 1:05-cv-10625-WGY     Document 28-2     Filed 11/27/2006     Page 2 of 22

ARRAIGNMENT:
  ARG DATE: 08/16/2006   PD: NEB    COURT:  NEW BEDFORD DISTRICT          DKT#:   0633CR004565A
  OFF:  LEAVING SCENE:PROPERTY DAMGE                                         113A
  DISP: WAR 9/21/06 WD 10/10/06 DF                                           STATUS: O     WPD:

ARRAIGNMENT:
  ARG DATE: 08/16/2006   PD: NEB    COURT:  NEW BEDFORD DISTRICT          DKT#:   0633CR004565B
  OFF:  MAL DESTRUCTION OF PROPERTY                                         PROP MAL DES
  DISP: WAR 9/21/06 WD 10/10/06 DF                                           STATUS: O     WPD:

ARRAIGNMENT:
  ARG DATE: 07/06/2006   PD: DAR    COURT:  NEW BEDFORD DISTRICT          DKT#:   0633CR004235A
  OFF:  SHOPLIFTIN                          3RD AND SUBSEQUENT           SHOPLIFT
  DISP: 7/27/06 DF 9/21/06 DR 10/10/06 DF                                    STATUS: O     WPD:

ARRAIGNMENT:
  ARG DATE: 12/09/2005   PD: FAL    COURT:  FALL RIVER DISTRICT           DKT#:   0532CR6902A
  OFF:  LEAVING SCENE:PROPERTY DAMGE                                         113A
  DISP: C 1/5/06 G 65DA SPS 60DA CMTD BAL SS 7/6/06 VWF DF                   STATUS: C     WPD:
    9/20/06 D/R REMIT TERM                                                         09/20/2006

ARRAIGNMENT:
  ARG DATE: 03/04/2005   PD: RAY    COURT:  TAUNTON DISTRICT             DKT#:   0431CR4759A
  OFF:  LARCENY LESS  MISD.                                                 LAR LESS
  DISP: G PROB 3/2/07 REST 10/7/05 WARR 10/11/05 D/R VN 10                   STATUS: C     WPD:
    /31/05 VOP 90DA CMTD

ARRAIGNMENT:
  ARG DATE: 10/13/2004   PD: RAY    COURT:  TAUNTON DISTRICT             DKT#:   0431CR3826A
  OFF:  LARCENY BY CHECK                    LESS                         LAR CK
  DISP: C 3/4/05 G PROB 3/2/07 REST VWF 10/7/05 WARR                         STATUS: C     WPD:
    10/11/05 D/R VN 10/31/05 VOP 90 DA CMTD

ARRAIGNMENT:
  ARG DATE: 10/13/2004   PD: RAY    COURT:  TAUNTON DISTRICT             DKT#:   0431CR3826B
  OFF:  UTTERING                            FALSE CHECK                  UTTER
  DISP: C 3/4/05 G PROB 3/2/07 10/7/05 WARR 10/11/05 D/R                      STATUS: C     WPD:
    VN 10/31/05 VOP 90DA CMTD

ARRAIGNMENT:
  ARG DATE: 10/07/2004    PD: NOA   COURT: ATTLEBORO DISTRICT    DKT#:   0434CR3543A
  OFF: LARCENY MORE                                         LAR MORE
  DISP: C 3/7/05 G 2YR HC 15MO CMTD SPS BAL SS 3/2/07    STATUS: C   WPD:
     VWF DF D/R 12/20/05 VOP 9MO HC CMTD                     11/10/2005

ARRAIGNMENT:
  ARG DATE: 10/07/2004    PD: NOA   COURT: ATTLEBORO DISTRICT    DKT#:   0434CR3543B
  OFF: LARCENY MORE                                         LAR MORE
  DISP: C 3/7/05 G 2YR HC 15MO CMTD SPS BAL SS 3/2/07    STATUS: C   WPD:
     12/20/05 VOP 9MO HC CMTD

ARRAIGNMENT:
  ARG DATE: 10/07/2004    PD: NOA   COURT: ATTLEBORO DISTRICT    DKT#:   0434CR3543C
  OFF: LARCENY LESS                                         LAR LESS
  DISP: C 3/7/05 DISM                                   STATUS: C   WPD:

ARRAIGNMENT:
  ARG DATE: 10/07/2004    PD: NOA   COURT: ATTLEBORO DISTRICT    DKT#:   0434CR3543D
  OFF: LARCENY LESS                                         LAR LESS
  DISP: C 3/7/05 DISM                                   STATUS: C   WPD:

ARRAIGNMENT:
  ARG DATE: 10/07/2004    PD: NOA   COURT: ATTLEBORO DISTRICT    DKT#:   0434CR3543E
  OFF: LARCENY LESS                                         LAR LESS
  DISP: C 3/7/05 DISM                                   STATUS: C   WPD:

ARRAIGNMENT:
  ARG DATE: 10/07/2004    PD: NOA   COURT: ATTLEBORO DISTRICT    DKT#:   0434CR3543F
  OFF: LARCENY LESS                                         LAR LESS
  DISP: C 3/7/05 G 1YR HC 15MO CMTD SPS BAL SS 3/2/07    STATUS: C   WPD:
     12/20/05 VOP 9MO HC CMTD

ARRAIGNMENT:
  ARG DATE: 10/07/2004    PD: NOA   COURT: ATTLEBORO DISTRICT    DKT#:   0434CR3543G
  OFF: LARCENY LESS                                         LAR LESS
  DISP: C 3/7/05 G 1YR HC 15MO CMTD SPS BAL SS 3/2/07    STATUS: C   WPD:
     12/20/05 VOP 9MO HC CMTD

ARRAIGNMENT:
  ARG DATE: 10/07/2004  PD: NOA  COURT: ATTLEBORO DISTRICT        DKT#:   0434CR3543H
  OFF:  LARCENY LESS                                          LAR LESS
  DISP: C 3/7/05 DISM                                    STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/07/2004  PD: NOA  COURT: ATTLEBORO DISTRICT        DKT#:   0434CR3543I
  OFF: FORGERY                  DOCUMENT                       FORG
  DISP: C 3/7/05 G FILED                                 STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/07/2004  PD: NOA  COURT: ATTLEBORO DISTRICT        DKT#:   0434CR3543J
  OFF: FORGERY                  DOCUMENT                       FORG
  DISP: C 3/7/05 DISM                                   STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/07/2004  PD: NOA  COURT: ATTLEBORO DISTRICT        DKT#:   0434CR3543K
  OFF: FORGERY                  DOCUMENT                       FORG
  DISP: C 3/7/05 G FILED                                 STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/07/2004  PD: NOA  COURT: ATTLEBORO DISTRICT        DKT#:   0434CR3543L
  OFF: FORGERY                  DOCUMENT                       FORG
  DISP: C 3/7/05 G FILED                                 STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/07/2004  PD: NOA  COURT: ATTLEBORO DISTRICT        DKT#:   0434CR3543M
  OFF: FORGERY                  DOCUMENT                       FORG
  DISP: C 3/7/05 G FILED                                 STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/07/2004  PD: NOA  COURT: ATTLEBORO DISTRICT        DKT#:   0434CR3543N
  OFF: FORGERY                  DOCUMENT                       FORG
  DISP: C 3/7/05 G FILED                                 STATUS: C    WPD:

ARRAIGNMENT:
ARG DATE: 10/07/2004    PD: NOA    COURT: ATTLEBORO DISTRICT         DKT#:    0434CR3543O
OFF: UTTERING                       FALSE CHECK                      UTTER
DISP: C 3/7/05 G FILED                                               STATUS: C    WPD:

ARRAIGNMENT:
ARG DATE: 10/07/2004    PD: NOA    COURT: ATTLEBORO DISTRICT         DKT#:    0434CR3543P
OFF: UTTERING                       FALSE CHECK                      UTTER
DISP: C 3/7/05 DISM                                                  STATUS: C    WPD:

ARRAIGNMENT:
ARG DATE: 10/07/2004    PD: NOA    COURT: ATTLEBORO DISTRICT         DKT#:    0434CR3543Q
OFF: UTTERING                       FALSE CHECK                      UTTER
DISP: C 3/7/05 G FILED                                               STATUS: C    WPD:

ARRAIGNMENT:
ARG DATE: 10/07/2004    PD: NOA    COURT: ATTLEBORO DISTRICT         DKT#:    0434CR3543R
OFF: UTTERING                       FALSE CHECK                      UTTER
DISP: C 3/7/05 DISM                                                  STATUS: C    WPD:

ARRAIGNMENT:
ARG DATE: 10/07/2004    PD: NOA    COURT: ATTLEBORO DISTRICT         DKT#:    0434CR3543S
OFF: UTTERING                       FALSE CHECK                      UTTER
DISP: C 3/7/05 DISM                                                  STATUS: C    WPD:

ARRAIGNMENT:
ARG DATE: 10/07/2004    PD: NOA    COURT: ATTLEBORO DISTRICT         DKT#:    0434CR3543T
OFF: UTTERING                       FALSE CHECK                      UTTER
DISP: C 3/7/05 DISM                                                  STATUS: C    WPD:

ARRAIGNMENT:
ARG DATE: 09/22/2004    PD: TAU    COURT: TAUNTON DISTRICT           DKT#:    0431CR3621A
OFF: B&E DT W/I COM FEL                                              B&E DT W/I FEL
DISP: C 3/4/05 G 2YR SPS 1YR CMTD SS PROB 3/2/07 REST               STATUS: C    WPD:
    VWF 10/7/05 WARR 10/11/05 D/R VN 10/31/05 VOP TERM

ARRAIGNMENT:
  ARG DATE: 09/22/2004    PD: TAU    COURT: TAUNTON DISTRICT
  OFF: MAL DESTRUCTION OF PROPERTY
  DISP: C 3/4/05 G PROB 3/2/07 10/7/05 WARR 10/11/05 D/R
    VN 10/31/05 VOP TERM

DKT#:    0431CR3621B
PROP MAL DES
STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 09/22/2004    PD: TAU    COURT: TAUNTON DISTRICT
  OFF: RESISTING ARREST    MISD
  DISP: C 3/4/05 G PROB 3/2/07 10/7/05 WARR 10/11/05 D/R
    VN 10/31/05 VOP TERM

DKT#:    0431CR3621C
RESIST ARST
STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 05/02/2003    PD: NON    COURT: ATTLEBORO DISTRICT
  OFF: LARCENY OF A MV
  DISP: C 9/13/04 NG

DKT#:    0334CR1097A
LAR MV
STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 05/02/2003    PD: NON    COURT: ATTLEBORO DISTRICT
  OFF: USE WITHOUT AUTHORITY
  DISP: C 9/13/04 NG

DKT#:    0334CR1097B
114A
STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 04/09/2003    PD: BRI    COURT: BROCKTON DISTRICT
  OFF: OPERATING AFTER SUSPEND LIC
  DISP: WAR 6/27/03 WR C 12/2/03 VWF PD DISM

DKT#:    0215CR010413A
114B-SUS
STATUS: C    WPD:
06/24/2003

ARRAIGNMENT:
  ARG DATE: 02/12/2003    PD: NON    COURT: ATTLEBORO DISTRICT
  OFF: KNOWINGLY REC STOLEN PROP    MOTOR VEHICLE
  DISP: DF D/R (JT) 3/31/04 FILED

DKT#:    0334CR0214A
RSG
STATUS: C    WPD:
05/02/2003

ARRAIGNMENT:
  ARG DATE: 02/12/2003    PD: NON    COURT: ATTLEBORO DISTRICT
  OFF: RESISTING ARREST
  DISP: DF D/R (JT) 3/31/04 G FILE

DKT#:    0334CR0214B
RESIST ARST
STATUS: C    WPD:
05/02/2003

ARRAIGNMENT:
ARG DATE: 02/12/2003   PD: NON   COURT: ATTLEBORO DISTRICT        DKT#:   0334CR0214C
OFF: A&B ON POLICE OFFICER                                        A&B PO
DISP: DF D/R (JT) 3/31/04 FILED                                   STATUS: C      WPD:
                                                                     05/02/2003

ARRAIGNMENT:
ARG DATE: 08/26/2002   PD: FRN   COURT: WRENTHAM DISTRICT         DKT#:   0257CR1924A
OFF: FORGERY                                                     FORG
DISP: DFD/RC9/02G1YRSPS5MOCMTDBALSS9/18/03CONCDFD/R(2)3/          STATUS: C      WPD:
     03VOP4MOSTAY5/14/03WAR5/23/03WAR/WD5/23/03CMTD                  05/23/2003

ARRAIGNMENT:
ARG DATE: 08/26/2002   PD: FRN   COURT: WRENTHAM DISTRICT         DKT#:   0257CR1924B
OFF: UTTERING                                                    UTTER
DISP: WAR 8/29/02 WAR/WD C 9/19/02 DISM                          STATUS: C      WPD:

ARRAIGNMENT:
ARG DATE: 08/26/2002   PD: FRN   COURT: WRENTHAM DISTRICT         DKT#:   0257CR1924C
OFF: KNOWINGLY REC STOLEN PROP                                   RSG
DISP: DFD/RC9/02G1YRSPS5MOCMTDBALSS9/18/03CONCRESTDFD/R(          STATUS: C      WPD:
     2)3/03VOP4MOSTAY5/14/03WAR5/23/03WAR/WD5/23/03CMTD              05/23/2003

ARRAIGNMENT:
ARG DATE: 08/26/2002   PD: FRN   COURT: WRENTHAM DISTRICT         DKT#:   0257CR1924D
OFF: LARCENY LESS                                                LAR LESS
DISP: DFD/RC9/19/02G1YRSPS5MOCMTDBALSS9/18/03CONCDFD/R            STATUS: C      WPD:
     (2)VOP4MOSTAY5/14/03WAR5/23/03WAR/WD5/23/03CMTD                 05/23/2003

ARRAIGNMENT:
ARG DATE: 03/19/2002   PD: TAU   COURT: TAUNTON DISTRICT          DKT#:   0231CR0109A
OFF: EVADING FARE                                                EVAD FARE
DISP: DISM                                                       STATUS: C      WPD:

ARRAIGNMENT:
ARG DATE: 10/31/2000   PD: TAU   COURT: TAUNTON DISTRICT          DKT#:   0031CR4271A
OFF: ATTEMPT TO COMMIT CRIME              LARC LESS              ATT COM CRIME
DISP: C 12/7/00 G FILE                                           STATUS: C      WPD:

ARRAIGNMENT:
  ARG DATE: 10/31/2000    PD: TAU    COURT: TAUNTON DISTRICT      DKT#:   0031CR4271B
  OFF: IMPERSONATION            POLICE OFFICER               IMPERS
  DISP: C 12/7/00 G FILE                                  STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/31/2000    PD: TAU    COURT: TAUNTON DISTRICT      DKT#:   0031CR4272A
  OFF: LARCENY MORE                                   LAR MORE
  DISP: C 12/7/00 G 2YR CMTD                         STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/31/2000    PD: TAU    COURT: TAUNTON DISTRICT      DKT#:   0031CR4272B
  OFF: IDENTIFICATION VIOLATION                       ID VIOL
  DISP: C 12/7/00 G FILE                                  STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/02/2000    PD: TAU    COURT: TAUNTON DISTRICT      DKT#:   0031CR4019A
  OFF: B&E NIGHT                                     B&E NT
  DISP: C 12/7/00 G 2YR CMTD CONC                   STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/02/2000    PD: TAU    COURT: TAUNTON DISTRICT      DKT#:   0031CR4019B
  OFF: LARCENY MORE                                   LAR MORE
  DISP: C 12/7/00 G 2YR CMTD CONC                   STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/02/2000    PD: TAU    COURT: TAUNTON DISTRICT      DKT#:   0031CR4019C
  OFF: MAL DESTRUCTION OF PROPERTY          PROP MAL DES
  DISP: C 12/7/00 G FILE                                  STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 10/02/2000    PD: TAU    COURT: TAUNTON DISTRICT      DKT#:   0031CR4019D
  OFF: MAL DESTRUCTION OF PROPERTY          PROP MAL DES
  DISP: C 12/7/00 G FILE                                  STATUS: C    WPD:

ARRAIGNMENT:
    ARG DATE: 05/24/2000   PD: TAU   COURT: TAUNTON DISTRICT       DKT#:  0031CR2080A
    OFF: DISORDERLY                                         DISORD
    DISP: C 11/30/00 G FILE                             STATUS: C    WPD:


ARRAIGNMENT:
    ARG DATE: 09/01/1999   PD: STU   COURT: STOUGHTON DISTRICT    DKT#:  9955CR0793A
    OFF: FORGERY                                      FORG
                             CHECK
    DISP: C 9/17/99 G 9MO SS 3/16/01 REST 5/31/00 VOP EXT    STATUS: C    WPD:
       7/3/00 DF 7/11/00 D/R PD 10/11/00 VOP 9MO CMTD      07/11/2000


ARRAIGNMENT:
    ARG DATE: 09/01/1999   PD: STU   COURT: STOUGHTON DISTRICT    DKT#:  9955CR0793B
    OFF: UTTERING                                    UTTER
    DISP: C 9/17/99 G 9MO SS 3/16/01 5/31/00 VOP C 3/16/01    STATUS: C    WPD:
       10/11/00 VOP 9MO CMTD


ARRAIGNMENT:
    ARG DATE: 09/01/1999   PD: STU   COURT: STOUGHTON DISTRICT    DKT#:  9955CR0793C
    OFF: ATTEMPT TO COMMIT CRIME          LAR           ATT COM CRIME
    DISP: C 9/17/99 G 9MO SS 3/16/01 5/31/00 VOP C 3/16/01    STATUS: C    WPD:
       10/11/00 VOP 9MO CMTD


ARRAIGNMENT:
    ARG DATE: 09/01/1999   PD: STU   COURT: STOUGHTON DISTRICT    DKT#:  9955CR0793D
    OFF: LARCENY OF A MV                            LAR MV
    DISP: C 9/17/99 G 9MO SS 3/16/01 5/31/00 VOP C 3/16/01    STATUS: C    WPD:
       10/11/00 VOP 9MO CMTD


ARRAIGNMENT:
    ARG DATE: 05/17/1999   PD: TAU   COURT: TAUNTON DISTRICT       DKT#:  9931CR1656A
    OFF: LARCENY LESS                                LAR LESS
    DISP: C 5/28/99 G PROB 8/30/99 REST PD TERM         STATUS: C    WPD:


ARRAIGNMENT:
    ARG DATE: 01/14/1999   PD: TAU   COURT: TAUNTON DISTRICT       DKT#:  9931CR0183A
    OFF: B&E NT W/I COM FEL                       B&E NT W/I FEL
    DISP: C 2/23/99 G 2YR SS 2/23/01 VWF 4/20/99 DF 5/17/99DR    STATUS: C    WPD:
       5/28/99 VN R/R 1YR SS 5/28/01 VOP 1YR CMTD

ARRAIGNMENT:
    ARG DATE: 01/14/1999    PD: TAU    COURT: TAUNTON DISTRICT              DKT#:    9931CR0183B
    OFF:  DESTRUCTION OF PROPERTY                                          PROP DES
    DISP: C 2/23/99 G 2YRS SS 2/23/01 ADV 4/20/99DF5/17/99DR                STATUS: C       WPD:
        5/28/99 VN R/R G1YR SS 5/28/01 VOP 1YR CMTD

ARRAIGNMENT:
    ARG DATE: 01/14/1999    PD: TAU    COURT: TAUNTON DISTRICT              DKT#:    9931CR0188A
    OFF:  LARCENY OF A MV                                                  LAR MV
    DISP: C 2/23/99 G 2YRS SS 2/23/01 ADV 4/20/99DF5/17/99DR                STATUS: C       WPD:
        5/28/99 VN R/R G1YR SS5/28/01 VOP 1YR CMTD

ARRAIGNMENT:
    ARG DATE: 01/14/1999    PD: TAU    COURT: TAUNTON DISTRICT              DKT#:    9931CR0188B
    OFF:  B&E NT W/I COM FEL                                               B&E NT W/I FEL
    DISP: C 2/23/99 G 2YRS SS 2/23/01 ADV 4/20/99DF5/17/99DR                STATUS: C       WPD:
        5/28/99 VN R/R G1YR SS5/28/01 VOP 1YR CMTD

*duplicate offense?*

ARRAIGNMENT:
    ARG DATE: 08/17/1998    PD: PLY    COURT: PLYMOUTH DISTRICT             DKT#:    9859CR3296A
    OFF:  ABUSE PREVENTION ACT                                            AB PREV ACT
    DISP: 9/2/98 (JT@60) 5/5/99 DF D/R 7/22/99 CWOF 4/20/00                STATUS: C       WPD:
        VN 9/22/99 DF 10/12/99 D/R VOP G FILED                                06/03/1999

ARRAIGNMENT:
    ARG DATE: 07/16/1998    PD: PLY    COURT: PLYMOUTH DISTRICT             DKT#:    9859CR2845A
    OFF:  LARCENY OF A MV                                                  LAR MV
    DISP: 9/2/98 (JT@60) 7/22/99 G 9 MO CMTD                               STATUS: C       WPD:

ARRAIGNMENT:
    ARG DATE: 07/16/1998    PD: PLY    COURT: PLYMOUTH DISTRICT             DKT#:    9859CR2845B
    OFF:  LARCENY                                                         LAR
    DISP: 9/2/98 (JT@60) 7/22/99 G FILE                                   STATUS: C       WPD:

ARRAIGNMENT:
    ARG DATE: 04/28/1998    PD: PLY    COURT: PLYMOUTH DISTRICT             DKT#:    9859CR197A
    OFF:  LARCENY                                                         LAR
    DISP: DF D/R 9/2/98 (JT@60) 5/10/99 DF D/R 7/22/99                    STATUS: C       WPD:
        G 9 MO CMTD                                                          06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998    PD: PLY    COURT: PLYMOUTH DISTRICT
  OFF: LARCENY
  DISP: DF D/R 9/2/98 (JT@60) 5/10/99 DF D/R 7/22/99
     G FILE

DKT#:    9859CR0197B
LAR
STATUS: C    WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998    PD: PLY    COURT: PLYMOUTH DISTRICT
  OFF: FORGERY                         CK
  DISP: DF D/R 9/2/98 (JT@60) 5/10/99 DF D/R 7/22/99
     G FILE

DKT#:    9859CR0197C
FORG
STATUS: C    WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998    PD: PLY    COURT: PLYMOUTH DISTRICT
  OFF: FORGERY                         CK
  DISP: DF D/R 9/2/98 (JT@60) 5/10/99 DF D/R 7/22/99
     G FILE

DKT#:    9859CR0197D
FORG
STATUS: C    WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998    PD: PLY    COURT: PLYMOUTH DISTRICT
  OFF: UTTERING                        CK
  DISP: DF D/R 9/2/98 (JT@60) 5/10/99 DF D/R 7/22/99
     G FILE

DKT#:    9859CR0197E
UTTER
STATUS: C    WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998    PD: PLY    COURT: PLYMOUTH DISTRICT
  OFF: UTTERING                        CK
  DISP: DF D/R 9/2/98 (JT@60) 5/10/99 DF D/R 7/22/99
     G FILE

DKT#:    9859CR0197F
UTTER
STATUS: C    WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998    PD: PLY    COURT: PLYMOUTH DISTRICT
  OFF: KNOWINGLY REC STOLEN PROP
  DISP: DF D/R 9/2/98 (JT@60) 5/10/99 DF D/R 7/22/99
     G FILE

DKT#:    9859CR0197G
RSG
STATUS: C    WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998    PD: PLY    COURT: PLYMOUTH DISTRICT
  OFF: KNOWINGLY REC STOLEN PROP
  DISP: DF D/R 9/2/98 (JT@60) 5/10/99 DF D/R 7/22/99
     G FILE

DKT#:    9859CR0197H
RSG
STATUS: C    WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998   PD: PLY   COURT: PLYMOUTH DISTRICT
  OFF: LARCENY
  DISP: DF D/R 9/2/98 (JT@60) 5/6/99 DF D/R 7/22/99
     G FILE

DKT#:   9859CR0198A
LAR
  STATUS: C   WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998   PD: PLY   COURT: PLYMOUTH DISTRICT
  OFF: LARCENY
  DISP: DF D/R 9/2/98 (JT@60) 5/6/99 DF D/R 7/22/99
     G FILE

DKT#:   9859CR0198B
LAR
  STATUS: C   WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998   PD: PLY   COURT: PLYMOUTH DISTRICT
  OFF: UTTERING   CK
  DISP: DF D/R 9/2/98 (JT@60) 5/6/99 DF D/R 7/22/99
     G FILE

DKT#:   9859CR0198C
UTTER
  STATUS: C   WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998   PD: PLY   COURT: PLYMOUTH DISTRICT
  OFF: UTTERING   CK
  DISP: DF D/R 9/2/98 (JT@60) 5/6/99 DF D/R 7/22/99
     G FILE

DKT#:   9859CR0198D
UTTER
  STATUS: C   WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998   PD: PLY   COURT: PLYMOUTH DISTRICT
  OFF: FORGERY   CK
  DISP: DF D/R 9/2/98 (JT@60) 5/6/99 DF D/R 7/22/99
     G FILE

DKT#:   9859CR0198E
FORG
  STATUS: C   WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998   PD: PLY   COURT: PLYMOUTH DISTRICT
  OFF: FORGERY   CK
  DISP: DF D/R 9/2/98 (JT@60) 5/6/99 DF D/R 7/22/99
     G FILE

DKT#:   9859CR0198F
FORG
  STATUS: C   WPD:
  06/03/1999

ARRAIGNMENT:
  ARG DATE: 04/28/1998   PD: PLY   COURT: PLYMOUTH DISTRICT
  OFF: KNOWINGLY REC STOLEN PROP
  DISP: DF D/R 9/2/98 (JT@60) 5/6/99 DF D/R 7/22/99
     G FLE

DKT#:   9859CR0198G
RSG
  STATUS: C   WPD:
  06/03/1999

ARRAIGNMENT:
    ARG DATE: 04/28/1998    PD: PLY    COURT:  PLYMOUTH DISTRICT
    OFF:  KNOWINGLY REC STOLEN PROP
    DISP: DF D/R 9/2/98 (JT@60) 5/6/99 DF D/R 7/22/99
        G FILE

DKT#:    9859CR0198H
RSG
STATUS: C        WPD:
    06/03/1999

ARRAIGNMENT:
    ARG DATE: 02/09/1998    PD: CAV    COURT:  WAREHAM DISTRICT
    OFF:  OPERATING AFTER SUSPEND LIC
    DISP: C 7/9/98 DISM

DKT#:    9860CR0301A
114B-SUS
STATUS: C        WPD:

ARRAIGNMENT:
    ARG DATE: 02/09/1998    PD: CAV    COURT:  WAREHAM DISTRICT
    OFF:  LEAVING SCENE:PROPERTY DAMGE
    DISP: C 7/9/98  DISM

DKT#:    9860CR0301B
113A
STATUS: C        WPD:

ARRAIGNMENT:
    ARG DATE: 02/09/1998    PD: CAV    COURT:  WAREHAM DISTRICT
    OFF:  BREAKING AND ENTERING
    DISP: C 7/9/98 DISM

DKT#:    9860CR0302A
B&E
STATUS: C        WPD:

ARRAIGNMENT:
    ARG DATE: 02/09/1998    PD: CAV    COURT:  WAREHAM DISTRICT
    OFF:  LARCENY LESS
    DISP: 7/98 G1YRSS7/6/00RESTVWF VN7/98 DFD/R9/98VOP1YRSS
        7/6/00 VN1/99 DFD/R VN4/99DFD/R 6/1/99VOP1YRCMTD

DKT#:    9860CR0302B
LAR LESS
STATUS: C        WPD:
    06/03/1999

ARRAIGNMENT:
    ARG DATE: 01/23/1998    PD: PLY    COURT:  PLYMOUTH DISTRICT
    OFF:  FORGERY
    DISP: WAR WAR/WD DF D/R 9/2/98 (JT@60) 5/11/99 DF D/R
        7/22/99 G 9  MO CMTD

DKT#:    9859CR0274A
FORG
STATUS: C        WPD:
    06/03/1999

ARRAIGNMENT:
    ARG DATE: 01/23/1998    PD: PLY    COURT:  PLYMOUTH DISTRICT
    OFF:  UTTERING
    DISP: WAR WAR/WD DF D/R 9/2/98 (JT@60) 5/11/99 DF D/R
        7/22/99 G FILE

DKT#:    9859CR0274B
UTTER
STATUS: C        WPD:
    06/03/1999

ARRAIGNMENT:
  ARG DATE: 01/23/1998  PD: PLY    COURT: PLYMOUTH DISTRICT    DKT#:  9859CR0274C
  OFF: LARCENY                                         LAR
  DISP: WAR WAR/WD DF D/R 9/2/98 (JT@60) 5/11/99 DF D/R    STATUS: C    WPD:
      7/22/99 G FILE                                06/03/1999

ARRAIGNMENT:
  ARG DATE: 01/23/1998  PD: PLY    COURT: PLYMOUTH DISTRICT    DKT#:  9859CR0274D
  OFF: KNOWINGLY REC STOLEN PROP                  RSG
  DISP: WAR WAR/WD DF D/R 9/2/98 (JT@60) 5/11/99 DF D/R    STATUS: C    WPD:
      7/22/99 G FILE                                06/03/1999

ARRAIGNMENT:
  ARG DATE: 10/15/1997  PD: BRO    COURT: BROCKTON DISTRICT    DKT#:  9615CR009499A
  OFF: THREATENING              MURDER               THREAT
  DISP: DR C4/2/98 G6MOSPS2MO CMTD BALSS 4/2/99 10/23/98VN    STATUS: C    WPD:
      WAR 11/9/98WR C 9/9/99 6/4/99VN G 4MO CMTD

ARRAIGNMENT:
  ARG DATE: 10/14/1997  PD: PVT    COURT: TAUNTON DISTRICT    DKT#:  9731CR3687A
  OFF: CONCEALING LEASED PROPERTY              PROP CONCL L
  DISP: DF (2) D/R 12/18/98 C 12/20/99 REST ADV DF 5/17/99    STATUS: C    WPD:
      D/R C 5/28/99 FILE

—— 10 YEARS ↑ ————

ARRAIGNMENT:
  ARG DATE: 06/19/1995  PD: TAU    COURT: TAUNTON DISTRICT    DKT#:  9531CR2748A
  OFF: THREATENING              COM CRIME             THREAT
  DISP: C 9/20/95 DISM CC DF 10/14/97 D/R C 12/29/97 DF    STATUS: C    WPD:
      3/31/98 D/R PD

ARRAIGNMENT:
  ARG DATE: 07/13/1994  PD: CAV    COURT: WAREHAM JURY OF SIX    DKT#:  94JR0295A
  OFF: ASSAULT AND BATTERY                 A&B
  DISP: G 1 YR CMTD (9360CR2368A)              STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 07/13/1994  PD: CAV    COURT: WAREHAM JURY OF SIX    DKT#:  94JR0295B
  OFF: THREATENING                               THREAT
  DISP: G 1 YR CMTD (9360CR2368B)              STATUS: C    WPD:

ARRAIGNMENT:
  ARG DATE: 01/05/1994   PD:     COURT:  TAUNTON DISTRICT       DKT#:   9331CR5114A
  OFF:  CONCEALING LEASED PROPERTY                 PROP CONCL L
  DISP: C 3/2/94 DF 5/6/94 D/R C 9/26/94 G 59 DA CMTD      STATUS: C   WPD:

ARRAIGNMENT:
  ARG DATE: 12/27/1993   PD:     COURT:  WAREHAM DISTRICT      DKT#:   9360CR3391A
  OFF:  LARCENY BY CHECK                       LAR CK
  DISP: C 3/4/94 DF 5/5/94 D/R C 7/13/94 G 0 DA CMTD       STATUS: C   WPD:

ARRAIGNMENT:
  ARG DATE: 12/27/1993   PD:     COURT:  WAREHAM DISTRICT      DKT#:   9360CR3789A
  OFF:  ABUSE PREVENTION ACT                 AB PREV ACT
  DISP: DISM                                 STATUS: C   WPD:

ARRAIGNMENT:
  ARG DATE: 08/26/1993   PD:     COURT:  WAREHAM DISTRICT      DKT#:   9360CR2368A
  OFF:  ASSAULT AND BATTERY                  A&B
  DISP: C11/29/93 DF 12/6/93 D/R 12/27/93 CWOF 8/26/94 VWF    STATUS: C   WPD:
      3/17/94 DF 5/5/94 D/R 7/12/94 VOP 18 MO APP

ARRAIGNMENT:
  ARG DATE: 08/26/1993   PD:     COURT:  WAREHAM DISTRICT      DKT#:   9360CR2368B
  OFF:  THREATENING          COMMIT CRIME             THREAT
  DISP: C11/29/93 DF 12/6/93 D/R 12/27/93 CWOF 8/26/94 C      STATUS: C   WPD:
      3/17/94 DF 5/5/94 D/R 7/12/94 VOP 18 MO APP

ARRAIGNMENT:
  ARG DATE: 07/16/1993   PD:     COURT:  WAREHAM DISTRICT      DKT#:   9360CR1911A
  OFF:  ASSAULT AND BATTERY                  A&B
  DISP: WAR (3) 12/6/93 D/R C 12/27/93 CWOF 8/26/94 C       STATUS: C   WPD:
      C 3/17/94 DF 5/5/94 D/R C 8/26/94 DISM

ARRAIGNMENT:
  ARG DATE: 07/15/1993   PD:     COURT:  PLYMOUTH DISTRICT     DKT#:   9359CR2264A
  OFF:  KNOWINGLY REC STOLEN PROP               RSG
  DISP: 11/12/93 DF 12/6/93 DR 1/13/94 PROB 1/12/95       STATUS: C   WPD:
      7/14/94 SUR VOP FILED

ARRAIGNMENT:
   ARG DATE: 07/15/1993   PD:     COURT: PLYMOUTH DISTRICT     DKT#:   9359CR2264B
   OFF: LARCENY BY CHECK                                   LAR CK
   DISP: 11/12/93 DF 12/6/93 DR 1/13/94 PROB 1/12/95     STATUS: C   WPD:
      7/14/94 SUR VOP FILED

ARRAIGNMENT:
   ARG DATE: 07/15/1993   PD:     COURT: PLYMOUTH DISTRICT     DKT#:   9359CR2264C
   OFF: LARCENY BY CHECK                                   LAR CK
   DISP: 11/12/93 DF 12/6/93 DR 1/13/94 PROB 1/12/95     STATUS: C   WPD:
      7/14/94 SUR VOP FILED

ARRAIGNMENT:
   ARG DATE: 07/15/1993   PD:     COURT: PLYMOUTH DISTRICT     DKT#:   9359CR2264D
   OFF: LARCENY BY CHECK                                     LAR CK
   DISP: 11/12/93 DF 12/6/93 DR 1/13/94 PROB 1/12/95     STATUS: C   WPD:
      7/14/94 SUR VOP FILED

ARRAIGNMENT:
   ARG DATE: 07/15/1993   PD:     COURT: PLYMOUTH DISTRICT     DKT#:   9359CR2264E
   OFF: FORGERY                                            FORG
   DISP: 11/12/93 DF 12/6/93 DR 1/13/94 PROB 1/12/95     STATUS: C   WPD:
      7/14/94 SUR VOP FILED

ARRAIGNMENT:
   ARG DATE: 07/15/1993   PD:     COURT: PLYMOUTH DISTRICT     DKT#:   9359CR2264F
   OFF: FORGERY                                            FORG
   DISP: 11/12/93 DF 1/13/94 PROB 1/12/95 7/14/94 SUR     STATUS: C   WPD:
      VOP FILED

ARRAIGNMENT:
   ARG DATE: 07/15/1993   PD:     COURT: PLYMOUTH DISTRICT     DKT#:   9359CR2264G
   OFF: FORGERY                                            FORG
   DISP: 11/12/93 DF 12/6/93 DR 1/13/94 PROB 1/12/95     STATUS: C   WPD:
      7/14/94 SUR VOP FILED

ARRAIGNMENT:
   ARG DATE: 07/15/1993   PD:     COURT: PLYMOUTH DISTRICT     DKT#:   9359CR2264H
   OFF: CRIME OF (SPECIFY IN FULL)     CONCEAL IDENTITY     CRIME OF
   DISP: 11/12/93 DF 12/6/93 DR 1/13/94 PROB 1/12/95     STATUS: C   WPD:
      7/14/94 SUR VOP FILED

ARRAIGNMENT:
    ARG DATE: 07/15/1993    PD:        COURT: PLYMOUTH DISTRICT        DKT#:    9359CR2471A
    OFF: LARCENY BY CHECK                47.18                                LAR CK
    DISP: 11/12/93 DF 12/6/93 DR 1/13/94 PROB 1/12/95                        STATUS: C      WPD:
       VOP FILED


ARRAIGNMENT:
    ARG DATE: 07/08/1993    PD:        COURT: PLYMOUTH DISTRICT        DKT#:    9359CR2525A
    OFF: LARCENY MORE                                                    LAR MORE
    DISP: WAR 7/15/93 D/R 11/12/93 DF 12/6/93 D/R C 1/13/94                STATUS: C      WPD:
       PROB REST 2/10/94 VOP FILED


ARRAIGNMENT:
    ARG DATE: 06/08/1993    PD:        COURT: PLYMOUTH DISTRICT        DKT#:    9359CR1643A
    OFF: LARCENY BY CHECK                183.35                                LAR CK
    DISP: WAR 7/15/93 D/R 11/12/93 DF 12/6/93 D/R C 1/13/94                STATUS: C      WPD:
       PROB 1/12/95 SUR VOP FILED


ARRAIGNMENT:
    ARG DATE: 06/07/1993    PD:        COURT: PLYMOUTH DISTRICT        DKT#:    9359CR2159A
    OFF: LARCENY                        CR CARD                                LAR
    DISP: WAR 6/16/93 WAR/WD 11/12/93 DF 12/6/93 DR 1/13/94                STATUS: C      WPD:
       PROB 1/12/95 SUR VOP


ARRAIGNMENT:
    ARG DATE: 06/07/1993    PD:        COURT: PLYMOUTH DISTRICT        DKT#:    9359CR2159B
    OFF: LARCENY                        PROP                                LAR
    DISP: WAR 6/16/93 WAR/WD 11/12/93 DF 12/6/93 DR 1/13/94                STATUS: C      WPD:
       PROB 1/12/95 7/14/94 SUR VOP FILE


ARRAIGNMENT:
    ARG DATE: 06/07/1993    PD:        COURT: PLYMOUTH DISTRICT        DKT#:    9359CR2159C
    OFF: UTTERING                                                        UTTER
    DISP: WAR 6/16/93 WAR/WD 11/12/93 DF 12/6/9 DR 1/13/94                STATUS: C      WPD:
       PROB 1/12/95 7/14/94 SUR VOP FILED


ARRAIGNMENT:
    ARG DATE: 06/07/1993    PD:        COURT: PLYMOUTH DISTRICT        DKT#:    9359CR2159D
    OFF: KNOWINGLY REC STOLEN PROP        MV                                RSG
    DISP: WAR 6/16/93 WAR/WD 11/12/93 DF 12/6/93 DR 1/13/94                STATUS: C      WPD:
       PROB 1/12/95 7/14/94 SUR VOP FILED

ARRAIGNMENT:
ARG DATE: 05/12/1993    PD:        COURT: PLYMOUTH DISTRICT        DKT#:    9359CR1740A
OFF: LARCENY BY CHECK                32.31                LAR CK
DISP: WAR 6/16/93 WAR/WD 7/15/93 11/12/93 DF DR 1/13/94        STATUS: C    WPD:
      PROB 1/12/95 7/14/94 SUR VOP FILED

ARRAIGNMENT:
ARG DATE: 05/12/1993    PD:        COURT: PLYMOUTH DISTRICT        DKT#:    9359CR1740B
OFF: FORGERY                            FORG
DISP: WAR 6/16/93 WAR/WD 7/15/93 11/12/93 DF DR 1/13/94        STATUS: C    WPD:
      PROB 1/12/95 7/14/94 SUR VOP FILED

ARRAIGNMENT:
ARG DATE: 05/12/1993    PD:        COURT: PLYMOUTH DISTRICT        DKT#:    9359CR1740C
OFF: UTTERING                            UTTER
DISP: WAR 6/16/93 WAR/WD 7/15/93 11/12/93 DF DR 1/13/94        STATUS: C    WPD:
      PROB 1/12/95 7/14/94 SUR VOP FILED

ARRAIGNMENT:
ARG DATE: 04/01/1993    PD:        COURT: WAREHAM DISTRICT        DKT#:    9360CR0653A
OFF: OPER TO END (LIVES&SAFTEY)                    112A
DISP: WAR (3) 12/6/93 D/R C 3/4/94 DF 5/5/94 D/R C        STATUS: C    WPD:
      7/13/94 G FILE

ARRAIGNMENT:
ARG DATE: 04/01/1993    PD:        COURT: WAREHAM DISTRICT        DKT#:    9360CR0653B
OFF: LEAVING SCENE:PROPERTY DAMGE                    113A
DISP: WAR (3) 12/6/93 D/R C 3/4/94 DF 5/5/94 D/R C        STATUS: C    WPD:
      7/13/94 G FILE

ARRAIGNMENT:
ARG DATE: 11/25/1992    PD:        COURT: WAREHAM DISTRICT        DKT#:    9260CR3632A
OFF: ASSAULT AND BATTERY                        A&B
DISP: C 12/10/92 DISM                        STATUS: C    WPD:

ARRAIGNMENT:
ARG DATE: 12/05/1991    PD:        COURT: TAUNTON DISTRICT        DKT#:    9131CR5747A
OFF: DISORDERLY PERSON                        DIS PERS
DISP: C 1/14/92 G PROB 1/14/94 EXT 3/7/94 DF 5/6/94 D/R        STATUS: C    WPD:
      EXT 6/28/94 TERM

ARRAIGNMENT:
   ARG DATE: 10/28/1991    PD:          COURT: ATTLEBORO DISTRICT          DKT#:    9134CR4072A
   OFF: ASSAULT AND BATTERY                                                    A&B
   DISP: DF D/R DF D/R 1/17/92 G PROB UNSUP VWF DF D/R DF          STATUS: C    WPD:
     5/17/93 D/R PD


ARRAIGNMENT:
   ARG DATE: 10/28/1991    PD:          COURT: ATTLEBORO DISTRICT          DKT#:    9134CR4072B
   OFF: ABUSE PREVENTION ACT                                                   AB PREV ACT
   DISP: DF D/R DF D/R 1/17/92 G FILE VWF DF D/R DF 5/17/93          STATUS: C    WPD:
     D/R PD


ARRAIGNMENT:
   ARG DATE: 10/28/1991    PD:          COURT: ATTLEBORO DISTRICT          DKT#:    9134CR4072C
   OFF: TRESPASSING                                                            TRES
   DISP: DF D/R DF D/R 1/17/92 G FILE                               STATUS: C    WPD:


ARRAIGNMENT:
   ARG DATE: 07/09/1991    PD:          COURT: ATTLEBORO DISTRICT          DKT#:    9134CR2796A
   OFF: SHOPLIFTIN                                                             SHOPLIFT
   DISP: DF D/R DF D/R 10/9/91 G $125 FINE VWF DF D/R DF            STATUS: C    WPD:
     D/R DF 5/17/93 D/R PD


ARRAIGNMENT:
   ARG DATE: 07/09/1991    PD:          COURT: ATTLEBORO DISTRICT          DKT#:    9134CR2796B
   OFF: SHOPLIFTIN                                                             SHOPLIFT
   DISP: DF D/R DF D/R 10/9/91 G FILE VWF DF D/R DF D/R DF          STATUS: C    WPD:
     5/17/93 D/R PD


ARRAIGNMENT:
   ARG DATE: 02/12/1990    PD:          COURT: TAUNTON DISTRICT            DKT#:    9031CR0845A
   OFF: ASSAULT AND BATTERY                     (REDUCED)                      A&B
   DISP: DF 6/17/91 D/R C 1/14/92 G PROB 1/14/94 REST EXT          STATUS: C    WPD:
     3/7/94 DF 5/6/94 D/R EXT 6/28/94 TERM


ARRAIGNMENT:
   ARG DATE: 02/12/1990    PD:          COURT: TAUNTON DISTRICT            DKT#:    9031CR0845B
   OFF: DISORDERLY PERSON                                                      DIS PERS
   DISP: DF 6/17/91 D/R C 1/14/92 G PROB 1/14/94 EXT               STATUS: C    WPD:
     3/7/94 DF 5/6/94 D/R 6/28/94 TERM

ARRAIGNMENT:
   ARG DATE: 02/12/1990   PD:      COURT:  TAUNTON DISTRICT       DKT#:   9031CR0845C
   OFF:  EVADING FARE                                     EVAD FARE
   DISP: DF 6/17/91 D/R C 1/14/92 G FILE                STATUS: C    WPD:

ARRAIGNMENT:
   ARG DATE: 10/10/1989   PD:      COURT:  TAUNTON DISTRICT       DKT#:   8931CR5155A
   OFF:  A&B DANGEROUS WEAPON                       A&B DW
   DISP: DF (2) 6/17/91 D/R C 1/14/92 G PROB 1/14/94 EXT      STATUS: C    WPD:
      3/7/94 DF 5/6/94 D/R 6/28/94 TERM

ARRAIGNMENT:
   ARG DATE: 10/10/1989   PD:      COURT:  TAUNTON DISTRICT       DKT#:   8931CR5155B
   OFF:  A&B DANGEROUS WEAPON                       A&B DW
   DISP: DF (2) 6/17/91 D/R C 1/14/92 G PROB 1/14/94 EXT      STATUS: C    WPD:
      3/7/94 DF 5/6/94 D/R 6/28/94 TERM

ARRAIGNMENT:
   ARG DATE: 10/10/1989   PD:      COURT:  TAUNTON DISTRICT       DKT#:   8931CR5155C
   OFF:  MAL DESTRUCTION OF PROPERTY               PROP MAL DES
   DISP: DF (2) 6/17/91 D/R C 1/14/92 G PROB 1/14/94 EXT      STATUS: C    WPD:
      3/7/94 DF 5/6/94 D/R 6/28/94 TERM

ARRAIGNMENT:
   ARG DATE: 08/22/1988   PD:      COURT:  TAUNTON DISTRICT       DKT#:   8831CR3897A
   OFF:  A&B DANGEROUS WEAPON                       A&B DW
   DISP: C 10/24/88 DISM                          STATUS: C    WPD:

ARRAIGNMENT:
   ARG DATE: 08/22/1988   PD:      COURT:  TAUNTON DISTRICT       DKT#:   8831CR3897B
   OFF:  MAL DESTRUCTION OF PROPERTY               PROP MAL DES
   DISP: C 10/24/88 DISM                          STATUS: C    WPD:

ARRAIGNMENT:
   ARG DATE: 07/25/1988   PD:      COURT:  TAUNTON DISTRICT       DKT#:   8831CR3628A
   OFF:  SHOPLIFTIN                                    SHOPLIFT
   DISP: DF 7/26/88 D/R C 8/22/88 G $62.50 FINE VWF      STATUS: C    WPD:
      DF 9/28/88 D/R PD

ARRAIGNMENT:
   ARG DATE: 05/24/1988    PD:        COURT:  TAUNTON DISTRICT              DKT#:    8831CR1706A
   OFF:  CONCEALING LEASED PROPERTY                                         PROP CONCL L
   DISP: C 8/22/88 NP                                                       STATUS: C    WPD:


ARRAIGNMENT:
   ARG DATE: 05/24/1988    PD:        COURT:  TAUNTON DISTRICT              DKT#:    8831CR2452A
   OFF:  OPERATING AFTER SUSPEND LIC                                        114B-SUS
   DISP: C 8/22/88 NP                                                       STATUS: C    WPD:


ARRAIGNMENT:
   ARG DATE: 05/24/1988    PD:        COURT:  TAUNTON DISTRICT              DKT#:    8831CR2452B
   OFF:  TRUE NAME VIOLATION                                                TRUE NM LAW
   DISP: C 8/22/88 NP                                                       STATUS: C    WPD:


ARRAIGNMENT:
   ARG DATE: 05/16/1988    PD:        COURT:  TAUNTON DISTRICT              DKT#:    8831CR2316A
   OFF:  BURGLARY                                UNARM                      BURG
   DISP: DF 5/24/88 D/R C 8/22/88 NP                                        STATUS: C    WPD:


ARRAIGNMENT:
   ARG DATE: 05/16/1988    PD:        COURT:  TAUNTON DISTRICT              DKT#:    8831CR2316B
   OFF:  LARCENY MORE                                                       LAR MORE
   DISP: DF D/R 8/22/88 G PROB 8/22/90 VWF PD PS PS FILE DF                 STATUS: C    WPD:
        D/R EXT 3/2/94 DF D/R PSH 9/26/94 VOP 59DA CMTD


ARRAIGNMENT:
   ARG DATE: 12/08/1987    PD:        COURT:  TAUNTON DISTRICT              DKT#:    8731CR4717A
   OFF:  OPERATING AFTER SUSPEND LIC                                        114B-SUS
   DISP: C 1/12/88 G $62.50 FINE VWF 2/12/88 DF 5/24/88 D/R                 STATUS: C    WPD:
        C 8/22/88 PD


ARRAIGNMENT:
   ARG DATE: 09/14/1987    PD:        COURT:  TAUNTON DISTRICT              DKT#:    855442
   OFF:  KNOWINGLY REC STOLEN PROP                                          RSG
   DISP: DF D/R C 10/24/88 DISM                                             STATUS: C    WPD:

Case 1:05-cv-10625-WGY     Document 23-2     Filed 11/27/2006     Page 22 of 22

ARRAIGNMENT:
ARG DATE: 09/14/1987     PD:          COURT:  TAUNTON DISTRICT          DKT#:     872839
OFF:  MAL DESTRUCTION OF PROPERTY          PROP  MAL DES
DISP: DF (3) D/R 8/22/88 G PROB 8/22/90 VWF PD PS PSFILE          STATUS: C     WPD:
       DF(2)D/REXT 3/2/94 DF D/R PSH 9/26/94 VOP 50DACMTD


ARRAIGNMENT:
ARG DATE: 06/01/1987     PD:          COURT:  BROOKLINE DISTRICT          DKT#:     522
OFF:  LARCENY MORE          LAR MORE
DISP: DF D/R G PROB 12/9/88 REST DF D/R VOP G PROB          STATUS: C     WPD:
       6/13/89 DF D/R DF D/R DF D/R DF D/R C 9/21/92 TERM


END OF ADULT ARRAIGNMENTS

REQUESTED BY:  COURT
COMPLETED BY:  ##CORI-GMT  0441-GMT