# United States District Court

DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

Hayden
v.
McKenney

CASE NUMBER: 05 CV 10625

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Carlucci | Louison |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11/20/06 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/29/06 | | | Shane Hayden |
| | | | | | Edward Burgess |
| | | | | | James Franco |
| | | | | | Jury quest #1, #2, #3 |
| | | | | | Ann Joyce |
| | | | | | Stephen Deforn |
| | | | | | Douglas Weddleton |
| | | 11/30/06 | | | Todd Branwell |
| | | | | | Robert Horman |
| | | | | | Jury quest #4, #5, #6, #7, #8, #9, #10, #11, #12 |
| | | | | 1 | Canister |
| | | | | | Douglas Weddleton |
| | | | | | Michael McKenney |
| | | | | 2 | Photo |
| | | | | 3 | Photo |
| | | | | 4 | Photo |
| | | | | 5 | Med rec. RI hosp |
| | | | | 6 | Med rec Shattuck |
| | | | | 7 | Invoices RI hosp |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages