UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANE HAYDEN<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL V. MCKENNEY<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-10625-WGY<br>)<br>)<br>) |

JURY VERDICT

1. On the civil rights claim, we find for:

    ✓  Michael McKenney

    ____ Shane Hayden

2. We assess

    compensatory damages of _____

    punitive damages of    _____

_Patrick T. Lally_
FOREMAN

DATE _11/30/06_