UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **SHANE HAYDEN**<br><br>**Plaintiff**<br><br>v.<br><br>**MICHAEL V. McKENNEY**<br>**Defendant** | Civil Action<br>No:05-10625-WGY |

**JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT .**

                                              **Sarah A. Thornton**
                                              **Clerk**

**So Approved**
**/s/ William G. Young**
                                              **/s/ Elizabeth Smith**

                                              **Deputy Clerk**

**November 30, 2006**

**To: All Counsel**